PROB 12A
(4/08) Revised

# United States District Court
## for the
## DISTRICT OF MARYLAND

### Report on Offender Under Supervision

Offender: Eric Wayne Spence

Case Number: 97CR00317-001

Sentencing Judicial Officer: Catherine C. Blake, U.S. District Judge

Court Location: Baltimore, Maryland

Date of Original Sentence: 8/21/1997

Original Offense: Bank Fraud

Original Sentence: 110 months Custody with 3 year(s) Supervised Release to follow

Type of Supervision: BOP

Date Supervision Commenced: 08/12/2005

Date Supervision Expires: 8/11/2008

### NON-COMPLIANCE SUMMARY

On July 29, 2008, Mr. Spence appeared for a Violation of Supervised Release hearing. At the hearing Mr. Spence's supervision was revoked, he was sentenced to time served. Supervised Release of one year was reimposed, with electronic monitoring for six months and additional conditions for substance abuse and mental health counseling.

This report is to advise that on July 30, 2008, Mr. Spence returned to the intensive substance abuse program at Mountain Manor. A urine specimen taken that day returned positive for cocaine. Mr. Spence admitted that he used cocaine after he left Court. Mr. Spence states he feels overwhelmed and that he is trying to address his substance abuse problems at the treatment program. He further advised that he had a mental health assessment on August 12, 2008 and that he appears to be depressed.

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

AUG 18 2008

UNITED STATES DISTRICT JUDGE

Offender: Eric Wayne Spence                                  Case Number: 97CR00317-001

## U.S. PROBATION OFFICER ACTION

We will continue to monitor this case and assess the treatment needed for Mr. Spence. Mr. Spence has not missed any appointments with the treatment program and reports that he is an active participant in counseling.

Respectfully Submitted By:                        Reviewed and Approved By:

*Bernadette Brooks* (signature)                   *David Wonneman* (signature)

Bernadette Brooks, U.S. Probation Officer         David Wonneman, Supervisory U.S. Probation Officer

August 13, 2008                                   8/14/08

Date                                              Date

## COURT ACTION

[X] Agree with USPO action
[ ] Disagree, Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Disagree, Submit a Request for Warrant or Summons
[ ] Disagree, Other

/s/ *Catherine C. Blake* (signature)

Catherine C. Blake, U.S. District Judge

8-18-08

Date

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 AUG 18  P 3:54

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY